IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN D. O'NEIL,                              Civ. No. 07-742-HO

       Plaintiff,                           JUDGMENT

   v.

Commissioner of Social Security,

       Defendant.


The decision of the Commissioner is reversed.  This matter is remanded to the Appeals Council for remand to the administrative law judge for further proceedings and a new decision.

DATED this   5th   day of August, 2008.


                             s/ Michael R. Hogan
                            United States District Judge